# UNITED STATES DISTRICT COURT

District of Massachusetts

Omnipoint Holdings, Inc.

V.

The Town of Saugus, The Zoning Board of Appeals of the Town of Saugus, Catherine A. Galenius, Robert J. Cox, Ben Sturniolo, Peter Rosetti, Jr. and Peter Bogdan

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-11537 NG

TO: (Name and address of Defendant)

Catherine A. Galenius
11 Edgehill Road
Saugus, MA 01906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Worth, Esq.
Craig M. Tateronis, Esq.
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109-1024

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

I hereby certify and return that today, July 12, 2004, at 2:05 PM, I served a true and attested copy of the within Summons; Complaint; Civil Cover Sheet; and Category Sheet in this action upon the within named Catherine A. Galenius, by leaving said copies at 11 Edgehill Road, Saugus, MA 01906 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Catherine A. Galenius, at 11 Edgehill Road, Saugus, MA 01906.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 12, 2004.

_____
Joseph P. Butler Jr., Process Server
& Disinterested Person over Age 18.

Service & Travel: $50.00

**Butler and Witten**
Boston, MA
(617) 325-6455