# UNITED STATES DISTRICT COURT

District of   Massachusetts

Omnipoint Holdings, Inc.

V.

The Town of Saugus, The Zoning Board
of Appeals of the Town of Saugus,
Catherine A. Galenius, Robert J. Cox,
Ben Sturniolo, Peter Rosetti, Jr. and
Peter Bogdan

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Andrew R. Bisignani
Town Manager
Town of Saugus
298 Central Street
Saugus, MA   01906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Worth, Esq.
Craig M. Tateronis, Esq.
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA   02109-1024

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 7-7-04

(By) DEPUTY CLERK

Case 1:04-cv-11537-NG    Document 4    Filed 07/20/2004    Page 2 of 3

I hereby certify and return that today, July 12, 2004, at 1:40 PM, I served a true and attested copy of the within Summons; Complaint; Civil Cover Sheet; and Category Sheet in this action upon the within named Andrew R. Bisignani, by giving in hand to Kathy Bisignani Agent in Charge. Said service was effected at: Town Manager, Town of Saugus, 298 Central Street, Saugus, MA 01906.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 12, 2004.

_____
Joseph P. Butler Jr, Process Server
& Disinterested Person over Age 18.

Service & Travel: $65.00

**Butler and Witten**
Boston, MA
(617) 325-6455