# UNITED STATES DISTRICT COURT

District of Massachusetts

Omnipoint Holdings, Inc.

2004 JUL 20 P II: 14

**SUMMONS IN A CIVIL CASE**

V.

The Town of Saugus, The Zoning Board
of Appeals of the Town of Saugus,
Catherine A. Galenius, Robert J. Cox,
Ben Sturniolo, Peter Rosetti, Jr. and
Peter Bogdan

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER: **04 - 11537 NG**

TO: (Name and address of Defendant)

Peter A. Rosetti, Jr.
6 Summit Avenue
Saugus, MA  01906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Worth, Esq.
Craig M. Tateronis, Esq.
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA  02109-1024

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    7-9-04
CLERK                              DATE

_____
(By) DEPUTY CLERK

I hereby certify and return that today, July 12, 2004, at 2:30 PM, I served a true and attested copy of the within Summons; Complaint; Civil Cover Sheet; and Category Sheet in this action upon the within named Peter A. Rosetti Jr., by leaving said copies at 6 Summit Avenue, Saugus, MA 01906 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Peter A. Rosetti Jr., at 6 Summit Avenue, Saugus, MA 01906.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 12, 2004.

_____
Joseph P. Butler Jr., Process Server
& Disinterested Person over Age 18.

Service & Travel: $50.00

**Butler and Witten**
Boston, MA
(617) 325-6455