UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11537-NG

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC.,<br><br>    Plaintiff<br><br>v.<br><br>THE TOWN OF SAUGUS, THE ZONING BOARD OF APPEALS OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS, ROBERT J. COX, BEN STURNIOLO, PETER ROSSETTI, JR. and PETER BOGDAN in their capacities as members of the Saugus Zoning Board of Appeals,<br><br>    Defendants | ASSENTED-TO MOTION TO ENLARGE TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING |

The parties hereby agree that the time for Defendants to file their response to the Plaintiff's Complaint be enlarged up to and including October 29, 2004.

As grounds for this Motion, the parties rely upon the following.

1. The attorneys for the Defendants were recently appointed to represent them.

2. Counsel for Defendants needs additional time in order to investigate the facts and to prepare a defense.

3. An enlargement of time up to and including October 29, 2004 will not prejudice the Plaintiff or significantly delay the court proceedings.

Wherefore, the parties request that Defendants be granted until October 29, 2004 to file their response to Plaintiff's Complaint.

TOWN OF SAUGUS, ET AL.,

By their attorneys,

/s/ Patricia A. Cantor
Joel B. Bard (BBO# 029140)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Assented to:

/s/ William A. Worth
William A. Worth, Esq.
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA  02109-1024
(617) 456-8000

232275/60700/0001