UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11537-NG

OMNIPOINT HOLDINGS, INC.,

      Plaintiff

v.

THE TOWN OF SAUGUS, THE ZONING
BOARD OF APPEALS OF THE TOWN OF
SAUGUS, CATHERINE A. GALENIUS,
ROBERT J. COX, BEN STURNIOLO, PETER
ROSSETTI, JR. and PETER BOGDAN in their
capacities as members of the Saugus Zoning Board
of Appeals,

      Defendants

JOINT MOTION TO
STAY PROCEEDINGS

The parties hereby move that the above-captioned action be stayed until December 31, 2004 to enable the parties to finalize a settlement.

As grounds for this Motion, the parties rely upon the following.

1.     They have agreed, in principle, to settle the litigation.

2.     Additional time is required to finalize the details of the settlement.

3.     By agreement of the parties, the time for the Defendants to respond to the Complaint has been enlarged until October 29, 2004.

4.     It is in the public interest and the interests of justice to stay the proceedings until December 31, 2004, by which time the parties anticipate that an agreement for

judgment will be filed with the Court.

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC. | TOWN OF SAUGUS, ET AL., |
| By its attorney, | By their attorneys, |
| /s/ William A. Worth | /s/ Patricia A. Cantor |
| William A. Worth | Joel B. Bard |
| Prince, Lobel, Glovsky & Tye, LLP | Patricia A. Cantor |
| 585 Commercial Street | Kopelman and Paige, P.C. |
| Boston, MA 02109-1024 | 31 St. James Avenue |
| (617) 456-8000 | Boston, MA 02116 |
| | (617) 556-0007 |

234638/60700/0587