UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OMNIPOINT HOLDINGS, INC, <br>     Plaintiff, <br><br> v. <br><br> THE TOWN OF SAUGUS, THE ZONING BOARD OF APPEALS OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS, ROBERT J. COX, BEN STURNIOLO, JOSEPH MCGOWAN and PETER BOGDAN in their capacities as members of the Saugus Zoning Board of Appeals, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 04-10737-NG <br> **LEAD DOCKET NUMBER** |
| OMNIPOINT HOLDINGS, INC, <br>     Plaintiff, <br><br> v. <br><br> THE TOWN OF SAUGUS, THE ZONING BOARD OF APPEALS OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS, ROBERT J. COX, BEN STURNIOLO, PETER ROSSETTI, JR. and PETER BOGDAN in their capacities as members of the Saugus Zoning Board of Appeals, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 04-11537-NG |

**ORDER OF CONSOLIDATION**
October 29, 2004

The two cases above are **ORDERED** consolidated under the **lead case, docket number 2004-10737-NG**, pursuant to Fed. R. Civ. P. 42. The cases involve common parties and common factual and legal issues because they are based on similar transactions.

**All future pleadings and submissions shall be filed only under the lead case number, 2004-10737-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: October 29, 2004**          /s/ Nancy Gertner
                                     **NANCY GERTNER, U.S.D.J.**